**Fill in this information to identify the case**

Debtor name    **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **16-70551**
(if known)

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**     **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|---|
| 3.1. | **International Bank of Commerce** | **Checking account** | 4 1 7 3 | $5,870.00 |
| 3.2. | **International Bank of Commerce** | **Checking account** | 8 4 0 2 | $1,130.96 |
| 3.3. | **Texas National Bank** | **Checking account** | 5 6 1 8 | $7,061.44 |

4. **Other cash equivalents**    *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$14,062.40**

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor   **Skyline EMS Inc.**                                                    Case number (if known)   **16-70551**
         Name

                                                                                                          **Current value of**
                                                                                                          **debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

      Description, including name of holder of deposit

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

**9.   Total of Part 2.**
      Add lines 7 through 8. Copy the total to line 81.                                                  | $0.00 |

## Part 3:   Accounts receivable

**10.  Does the debtor have any accounts receivable?**

      ☐ No. Go to Part 4.
      ☒ Yes. Fill in the information below.

                                                                                                          **Current value of**
                                                                                                          **debtor's interest**

**11.  Accounts receivable**

11a.  90 days old or less:      **$653,292.81**      –        **$0.00**              = .............. →        **$653,292.81**
                                face amount               doubtful or uncollectible accounts

11b.  Over 90 days old:         **$359,107.70**      –        **$0.00**              = .............. →        **$359,107.70**
                                face amount               doubtful or uncollectible accounts

**12.  Total of Part 3**
      Current value on lines 11a + 11b = line 12. Copy the total to line 82.                             | $1,012,400.51 |

## Part 4:   Investments

**13.  Does the debtor own any investments?**

      ☒ No. Go to Part 5.
      ☐ Yes. Fill in the information below.

                                                                 **Valuation method**        **Current value of**
                                                                 **used for current value**  **debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated**
      **businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                              % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and**
      **non-negotiable instruments not included in Part 1**

      Describe:

**17.  Total of Part 4**
      Add lines 14 through 16. Copy the total to line 83.                                                | $0.00 |

## Part 5:   Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

      ☒ No. Go to Part 6.
      ☐ Yes. Fill in the information below.

Debtor  **Skyline EMS Inc.**  _____  Case number (if known) __16-70551__
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

**20. Work in progress**

**21. Finished goods, including goods held for resale**

**22. Other inventory or supplies**

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| Current value |
|---|
| **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

| Current value |
|---|
| **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Skyline EMS Inc.**                                    Case number (if known)   **16-70551**
_____Name_____

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐  No.  Go to Part 8.
☒  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| **40.   Office fixtures** | | | |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | | | |

| | | | |
|---|---|---|---|
| **1 Television** | **$300** | | |
| **1 Sofa set** | **$150** | | |
| **20 Chairs** | **$1000** | | |
| **1 Vacuum** | **$50** | | |
| **1 Safe** | **$100** | | |
| **1 Phone System** | **$800** | | |
| **1 Word Processor** | **$80** | | |
| **1 Time Clock** | **$75** | | |
| **1 DVD Player** | **$25** | | |
| **2 Coffee Tables** | **$50** | | |
| **1 End Table** | **$25** | | |
| **5 Desktop Computer systems** | **$500** | | |
| **5 Laptop Computer Systems** | **$500** | | |
| **2 Monitors** | **$200** | | |
| **2 Printers** | **$200** | | |
| **8 Filing Cabinets** | **$600** | | |
| **gen. Office Inventory** | **$300** | | |
| **1 Dinner Table** | **$50** | | |
| **1 Microwave** | **$50** | | |
| **1 Refrigerator** | **$75** | | |
| **10 Desks** | **(1000)** | | |
| **4 Beds** | **$400** | | **$6,475.00** |

**42.   Collectibles**   _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.   Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $6,475.00 |
|---|

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
☒  No
☐  Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒  No
☐  Yes

## Part 8:   Machinery, equipment, and vehicles

**46.   Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☒  Yes.  Fill in the information below.

| Debtor | **Skyline EMS Inc.** | Case number (if known) | **16-70551** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. **1FDWE35F6YHB32294   ($6,500)**
**1FDSS34F5WHB68760   ($5,000)**
**1FTNE24L11HB66389   ($3,500)**
**1FDWE35F12HA85506   ($7,500)**
**1FDWE35F61HB76866   ($7,000)**                                   **$29,500.00**

47.2. **3 ambulances**

**1994 Ford E-350**
**1995 Ford E-350**
**1999 Ford E-350**

**with all equipment in them (stretchers, AED's**
**and miscellaeneous equipment)**

**Not titled in Debtor's name**
**Titled in seller's name Juan Quintanilla**                        **$15,000.00**

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.  Aircraft and accessories**

**50.  Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**1 Eagle Ventilator  6500**
**4 Lifepak 12        11,500**
**4 AED's              2,500**
**5 Stretchers         5,000**
**9 Radios               900**
**5 BLS Equipment in trucks   12,500**
**5 AIS equipment in trucks   10,000**
**Supply room inventory     8,000**                                 **$56,900.00**

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                 **$101,400.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:   Real property**

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

| Debtor | **Skyline EMS Inc.** | Case number (if known) | **16-70551** |
|---|---|---|---|
| | Name | | |

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Type: Leased property in Mission, Texas**<br>**Leased property in Mission, Texas**<br>**1626 E Griffin Pkwy Ste B**<br>**Mission, TX**<br>**Approximately 2400 sq ft of work area** | Lease | | | **$0.00** |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

|  |
|---|
| **$0.00** |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

|  |
|---|
| **$0.00** |

**67.   Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.   Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.   Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Skyline EMS Inc.**        Case number (if known)   **16-70551**
       Name

| Part 11: | All other assets |
|---|---|

**70.**   **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**71.**   **Notes receivable**

Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**   **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

                                                       **$0.00**

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   **Skyline EMS Inc.**                                          Case number (if known)   **16-70551**
          Name

<hr>

**Part 12:   Summary**

<hr>

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $14,062.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,012,400.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,475.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $101,400.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.**  Add lines 80 through 90 for each column.    91a. | $1,134,337.91  + | 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92............................................. | | **$1,134,337.91** |

**Fill in this information to identify the case:**

Debtor name  **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-70551**
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☐   No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑   Yes.  Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2.   List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name** **IRS** | **Describe debtor's property that is subject to a lien** **Current A/R** | $227,025.00 | $471,212.97 |
| **Creditor's mailing address** **Centralized Insolvency** **P.O. Box 7346** | **Describe the lien** **Trust Fund taxes** | | |
| **Philadelphia        PA    19101-7346** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| **Creditor's email address, if known** | **Is anyone else liable on this claim?** ☑ No ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred    4/1/2014** **Last 4 digits of account number    ___ ___ ___ ___** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                      $242,025.00

Debtor  **Skyline EMS Inc.**                                    Case number (if known) **16-70551**

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the | **that supports** |
| | | value of collateral. | **this claim** |

**2.2**  Creditor's name
**Neveria Los Barilles**

Creditor's mailing address
**1626 E Griffin Pkwy Ste A**

**Mission, TX**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**Cam Charges are extra Debtor
leases space to run i**

Describe the lien
**Contract/Lease**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**          **$0.00**

**Cam Charges are extra
Debtor leases space to run its business - an ambulance service company**

**2.3**  Creditor's name
**Texas National Bank**

Creditor's mailing address
**P.O. Box 777**

**Mercedes          TX   78570**

Creditor's email address, if known

Date debt was incurred   **4/1/2015**

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien
**3 ambulances**

Describe the lien
**Debt**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$15,000.00**          **$15,000.00**

**2 year contract
Beginning April 2015**

**Fill in this information to identify the case:**

Debtor          **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **16-70551**
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐  No.  Go to Part 2.
☑  Yes.  Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1**  Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,231.89 | $5,231.89 |

**Texas Workforce Commission**

**101 E. 15th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin                    TX        78778-0001**

Basis for the claim:
**Taxes**

Date or dates debt was incurred
**2/1/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account
number       ___  ___  ___  ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(   **8**   )

Debtor   **Skyline EMS Inc.**                                              Case number (if known)   **16-70551**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$66,220.48** |

**A/R Concepts**

**17806 W. Interstate 10 Ste 104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**San Antonio            TX     78257**

Basis for the claim:   **Lawsuit**

Date or dates debt was incurred     **11/12/2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.2 | Nonpriority creditor's name and mailing address | | **$3,000.00** |

**Airgass USA LLC**

**110 West 7th St. Ste 1400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tulsa                   OK     74119**

Basis for the claim:   **inventory purchases**

Date or dates debt was incurred     **9/30/2014**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **6   8   1   4**

---

| 3.3 | Nonpriority creditor's name and mailing address | | **$576.88** |

**Ambit Energy**

**P.O. Box 660462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas                  TX     75266**

Basis for the claim:   **Electrical Service**

Date or dates debt was incurred     **1/1/2013**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| 3.4 | Nonpriority creditor's name and mailing address | | **$430.00** |

**Edimis**

**P.O.Box 1567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Collierville            TN     38027**

Basis for the claim:   **Software product**

Date or dates debt was incurred     **4/1/2015**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

| Debtor | **Skyline EMS Inc.** | Case number (if known) | **16-70551** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**IRS**

**Centralized Insolvency**

**P.O. Box 7346**

**Philadelphia**          **PA**     **19101-7346**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trust Fund taxes**

Is the claim subject to offset?
☒ No
☐ Yes

**$106,417.00**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Moore Medical LLC**

**1690 New Britain Ave**

**P.O. Box 4066**

**Farmington**          **CT**     **06032**

Date or dates debt was incurred     **8/23/2014**

Last 4 digits of account number     **5   3   1   5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**equipment**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,506.81**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**Pulmonair**

**5563 DeZavala Road, Ste 130**

**San Antonio**          **TX**     **78249**

Date or dates debt was incurred     **6/9/2014**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:
**equipment**

Is the claim subject to offset?
☒ No
☐ Yes

**$17,000.00**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**RGV Sanitation Control**

**Edinburg**          **TX**     **78540**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Trash removal**

Is the claim subject to offset?
☒ No
☐ Yes

**$256.34**

---

Debtor **Skyline EMS Inc.**                                    Case number (if known) **16-70551**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   **Amount of claim**

---

**3.9**   Nonpriority creditor's name and mailing address

**RYANLAW**

**100 Congress Ave. Suite 950**

**Austin**    **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,696.13**

---

**3.10**   Nonpriority creditor's name and mailing address

**RYANLAW**

**100 Congress Ave. Suite 950**

**Austin**    **TX**    **78701**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Legal Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$133.36**

---

**3.11**   Nonpriority creditor's name and mailing address

**Sprint**

**P.O. Box 8077**

**London**    **KY**    **40742**

Date or dates debt was incurred   **4/4/2013**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$450.00**

---

**3.12**   Nonpriority creditor's name and mailing address

**T-Mobile**

**P.O. Box 660252**

**Dallas**    **TX**    **75266-0252**

Date or dates debt was incurred   **7/1/2013**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Service**

Is the claim subject to offset?
☑ No
☐ Yes

**$450.00**

---

| Debtor | **Skyline EMS Inc.** | Case number (if known) | **16-70551** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,000.00** |

Check all that apply.

**Texas National Bank**

**P.O. Box 777**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Mercedes** | **TX** | **78570** |

Basis for the claim: **Service**

Date or dates debt was incurred  **6/5/2015**

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,306.18** |

Check all that apply.

**Time Warner Cable**

**P.O.Box 460849**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Antonio** | **TX** | **78246** |

Basis for the claim: **Service**

Date or dates debt was incurred  **3/1/2014**

Is the claim subject to offset?

Last 4 digits of account number  **0  5  3  2**

☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,500.00** |

Check all that apply.

**Top Frog Diesel-N-Gas**

**204 East Veterans Memorial Blvd**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Harker Heights** | **TX** | **76548** |

Basis for the claim: **Services**

Date or dates debt was incurred  **2/1/2015**

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,082.00** |

Check all that apply.

**Webmedic Pro**

**11 State St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

| **Woburn** | **MA** | **01801** |

Basis for the claim: **Patient Reporting Software**

Date or dates debt was incurred  **7/1/2014**

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

Debtor      **Skyline EMS Inc.**                                                    Case number (if known)   **16-70551**

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.   Add the amounts of priority and nonpriority unsecured claims.

|   |   |   | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$5,231.89** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$244,025.18** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$249,257.07** |

**Fill in this information to identify the case:**

Debtor name        **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **16-70551**                    Chapter    **11**
(if known)

☐ Check if this is an
  amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐  No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑  Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Oxygen provider for ambulance patients<br>Contract to be ASSUMED | Airgass USA LLC<br>110 West 7th St. Ste 1400 |
|---|---|---|---|
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Tulsa                    OK        74119 |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Electricity<br>Contract to be ASSUMED | Ambit Energy<br>P.O. Box 660462 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Dallas                   TX        75266 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Billing Program<br>Contract to be ASSUMED | Edimis<br>P.O.Box 1567 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Collierville              TN        38027 |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease of space for ambulance storage<br>Contract to be ASSUMED | Elizalde Ramirez<br>310 E. Main<br>PMB 213 |
|  | State the term remaining |  |  |
|  | List the contract number of any government contract |  | Alton                     TX        78573 |

Debtor    **Skyline EMS Inc.**                                            Case number (if known)   **16-70551**

---

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **Building Lease**<br>**Contract to be ASSUMED** | **Neveria Los Barilles**<br>**1626 E Griffin Pkwy Ste B**<br>**Mission, TX** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Ventilators for Transport of Critical patients**<br>**Contract to be REJECTED** | **Pulmonair**<br>**5563 DeZavala Road, Ste 130** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Antonio**      **TX**      **78249** |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **Cam Charges are extra**<br>**Debtor leases space to run its business - an ambulance service company**<br>**Contract to be ASSUMED** | **Ricardo Pinan**<br>**1626 E Griffin Pkwy Ste B**<br>**Mission, TX** |
| | State the term remaining | **4 payment(s)** | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **Ambulance Radios and GPS trackers**<br>**Contract to be ASSUMED** | **Sprint**<br>**P.O. Box 8077** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **London**      **KY**      **40742** |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **Company Cells**<br>**Contract to be ASSUMED** | **T-Mobile**<br>**P.O. Box 669252** |
| | State the term remaing | | |
| | List the contract number of any government contract | | **Dallas**      **TX**      **75266-0252** |

---

Debtor  **Skyline EMS Inc.**                                    Case number (if known)  **16-70551**

███  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Internet service **Contract to be ASSUMED** | **Time Warner Cable** |
| | | | **P.O.Box 460849** |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | **San Antonio**          **TX**     **78246** |

**Fill in this information to identify the case:**

Debtor name **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-70551**
(if known)

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **16-70551**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B.................................................................... | **$1,134,337.91** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................... | **$1,134,337.91** |

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$242,025.00** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$5,231.89** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... **+** | **$244,025.18** |

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................... | **$491,282.07** |

**Fill in this information to identify the case and this filing:**

Debtor Name     **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-70551**
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/09/2017**          X **/s/ Maria Isabel Rodriguez**
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                              **Maria Isabel Rodriguez**
                              Printed name
                              **President**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **16-70551**
(if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

**1.  Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions and exclusions

| | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From  **01/01/2016**  to<br>MM / DD / YYYY | Filing date | | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For prior year:** | From  **01/01/2015**  to<br>MM / DD / YYYY | **12/31/2015**<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | _____ |
| **For the year before that:** | From  **01/01/2014**  to<br>MM / DD / YYYY | **12/31/2014**<br>MM / DD / YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,406,893.43** |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Internal Revenue Service**<br>Creditor's name<br>**1101 E Hackberry Ave**<br>Street<br><br>**McAllen**  **TX**  **78501**<br>City  State  ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Payment of Employee** |

| Debtor | **Skyline EMS Inc.** | Case number (if known) | **16-70551** |
|---|---|---|---|
| | Name | | |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Internal Revenue Service** | **31477.12 Levy** | | **$31,477.12** |
| | Creditor's name | | | |
| | **1101 E Hackberry** | | | |
| | Street | | | |
| | | | | |
| | **McAllen**     **TX**     **78501** | | | |
| | City     State     ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Skyline EMS Inc.**
_____   Case number (if known)   **16-70551**
Name

## Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:   Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:   Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

13.  **Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

14.  **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor   **Skyline EMS Inc.**
_____   Case number (if known)   **16-70551**
_____
Name

## Part 8:   Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained   _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
☐ No.  Go to Part 10.
☐ Yes.  Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor   **Skyline EMS Inc.**                                           Case number (if known)   **16-70551**
_____                                           _____
Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

| | | |
|---|---|---|
| **Business name and address** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
| 25.1.  **Skyline EMS Inc.** | ambulance transportation service | |
| Name | | EIN:  **2   7  –  2   6   7   4   2   8   6** |
| **1626 East Griffin Pkwy** | | |
| Street | | |
| **Suit B** | | **Dates business existed** |
| **Mission            TX    78572** | | From   **5/10/2010**   To    **present** |
| City                         State   ZIP Code | | |

Debtor  **Skyline EMS Inc.**
_____
Name

Case number (if known)  **16-70551**
_____

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | **Dates of service** | |
|---|---|---|---|
| 26a.1. | **Samantha Cantu** | From  **11/2/2014** | To  **present** |
| | Name | | |
| | **1626  Griffin Prkway** | | |
| | Street | | |
| | | | |
| | **Mission**  **TX**  **78572** | | |
| | City  State  ZIP Code | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1.  **Skyline EMS, Inc.** | |
| Name | |
| **1626 E Griggin Prkway Ste B** | |
| Street | |
| | |
| **Mission**  **TX**  **78572** | |
| City  State  ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.  Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|
| **Carlos Garza** | **1/1/2015** | **$93,225.00** |

**Name and address of the person who has possession of inventory records**

27.1.  **Skyline EMS, Inc.**
Name
**1626 E Griffin Pkway**
Street
**Ste B**

**Mission**  **TX**  **78572**
City  State  ZIP Code

Debtor **Skyline EMS Inc.**                                      Case number (if known) **16-70551**
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Juan Cordero** | **11/2015** | **$93,225.00** |

Name and address of the person who has possession of inventory records

27.2. **Skyline EMS, Inc.**
_____
Name
**1626 E. Griffin Pkway**
_____
Street
**Ste B**
_____

| **Mission** | **TX** | **78572** |
|---|---|---|
| City | State | ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Maria I. Rodriguez** | **701 E. 28th**<br>**Mission, TX 78574** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor   **Skyline EMS Inc.**
_____
     Name

Case number (if known)   **16-70551**
_____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/09/2017**
          MM / DD / YYYY

**X** **/s/ Maria Isabel Rodriguez**
_____
   Signature of individual signing on behalf of the debtor

Printed name  **Maria Isabel Rodriguez**
_____

Position or relationship to debtor  **President**
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Skyline EMS Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **16-70551**
(if known)

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | IRS Centralized Insolvency P.O. Box 7346 Philadelphia, PA 19101-7346 | | Trust Fund taxes | | | | $106,417.00 |
| 2 | A/R Concepts 17806 W. Interstate 10 Ste 104 San Antonio, TX 78257 | | Lawsuit | Disputed | | | $66,220.48 |
| 3 | Pulmonair 5563 DeZavala Road, Ste 130 San Antonio, TX 78249 | | equipment | Disputed | | | $17,000.00 |
| 4 | Webmedic Pro 11 State St. Woburn, MA 01801 | | Patient Reporting Software | Disputed | | | $16,082.00 |
| 5 | RYANLAW 100 Congress Ave. Suite 950 Austin, TX 78701 | | Legal Services | | | | $14,696.13 |

Debtor  **Skyline EMS Inc.**                                    Case number (if known) **16-70551**
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Moore Medical LLC 1690 New Britain Ave P.O. Box 4066 Farmington, CT 06032 | | equipment | | | | $6,506.81 |
| 7   Top Frog Diesel-N-Gas 204 East Veterans Memorial Blvd Harker Heights, TX 76548 | | Services | Disputed | | | $6,500.00 |
| 8   Texas Workforce Commission 101 E. 15th St. Austin, TX 78778-0001 | | Taxes | | | | $5,231.89 |
| 9   Texas National Bank P.O. Box 777 Mercedes, TX 78570 | | Service | | | | $4,000.00 |
| 10  Airgass USA LLC 110 West 7th St. Ste 1400 Tulsa, OK 74119 | | inventory purchases | | | | $3,000.00 |
| 11  Time Warner Cable P.O.Box 460849 San Antonio, TX 78246 | | Service | | | | $1,306.18 |
| 12  Ambit Energy P.O. Box 660462 Dallas, TX 75266 | | Electrical Service | | | | $576.88 |
| 13  T-Mobile P.O. Box 660252 Dallas, TX 75266-0252 | | Service | | | | $450.00 |

Debtor **Skyline EMS Inc.**
Name

Case number (if known) **16-70551**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Sprint P.O. Box 8077 London, KY 40742 | | Services | | | | $450.00 |
| 15  Edimis P.O.Box 1567 Collierville, TN 38027 | | Software product | | | | $430.00 |
| 16  RGV Sanitation Control  Edinburg, TX 78540 | | Trash removal | | | | $256.34 |
| 17  RYANLAW 100 Congress Ave. Suite 950 Austin, TX 78701 | | Legal Services | | | | $133.36 |

```
A/R Concepts
17806 W. Interstate 10 Ste 104
San Antonio, TX 78257


Airgass USA LLC
110 West 7th St. Ste 1400
Tulsa, OK 74119


Ambit Energy
P.O. Box 660462
Dallas, TX 75266


Edimis
P.O.Box 1567
Collierville, TN 38027


IRS
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346


Moore Medical LLC
1690 New Britain Ave
P.O. Box 4066
Farmington, CT 06032


Neveria Los Barilles
1626 E Griffin Pkwy Ste A
Mission, TX


Pulmonair
5563 DeZavala Road, Ste 130
San Antonio, TX 78249


RGV Sanitation Control
Edinburg, TX 78540
```

```
RYANLAW
100 Congress Ave. Suite 950
Austin, TX 78701


Sprint
P.O. Box 8077
London, KY 40742


T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252


Texas National Bank
P.O. Box 777
Mercedes, TX 78570


Texas National Bank
P.O. Box 777
Mercedes, Texas 78570


Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778-0001


Time Warner Cable
P.O.Box 460849
San Antonio, TX 78246


Top Frog Diesel-N-Gas
204 East Veterans Memorial Blvd
Harker Heights, TX 76548


Webmedic Pro
11 State St.
Woburn, MA 01801
```

Debtor(s):  **Skyline EMS Inc.**          Case No:  **16-70551**          **SOUTHERN DISTRICT OF TEXAS**
                                          Chapter:  **11**              **MCALLEN DIVISION**

A/R Concepts
17806 W. Interstate 10 Ste 104
San Antonio, TX 78257

Sprint
P.O. Box 8077
London, KY 40742

Airgass USA LLC
110 West 7th St. Ste 1400
Tulsa, OK 74119

T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252

Ambit Energy
P.O. Box 660462
Dallas, TX 75266

Texas National Bank
P.O. Box 777
Mercedes, TX 78570

Edimis
P.O.Box 1567
Collierville, TN 38027

Texas National Bank
P.O. Box 777
Mercedes, Texas 78570

IRS
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778-0001

Moore Medical LLC
1690 New Britain Ave
P.O. Box 4066
Farmington, CT 06032

Time Warner Cable
P.O.Box 460849
San Antonio, TX 78246

Neveria Los Barilles
1626 E Griffin Pkwy Ste A
Mission, TX

Top Frog Diesel-N-Gas
204 East Veterans Memorial Blvd
Harker Heights, TX 76548

Pulmonair
5563 DeZavala Road, Ste 130
San Antonio, TX 78249

Webmedic Pro
11 State St.
Woburn, MA 01801

RGV Sanitation Control
Edinburg, TX 78540

RYANLAW
100 Congress Ave. Suite 950
Austin, TX 78701

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:                                                          CHAPTER   **11**

**Skyline EMS Inc.**


DEBTOR(S)                                              CASE NO   **16-70551**


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| Maria Isabel Rodriguez<br>701 East 28th St.<br>Mission, TX 78574 | | 100% | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **President** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__**1/9/2017**_____              Signature:__ **/s/ Maria Isabel Rodriguez** _____
                                                                       **Maria Isabel Rodriguez**
                                                                       **President**

A/R Concepts
17806 W. Interstate 10 Ste 104
San Antonio, TX 78257

Sprint
P.O. Box 8077
London, KY 40742

Airgass USA LLC
110 West 7th St. Ste 1400
Tulsa, OK 74119

T-Mobile
P.O. Box 660252
Dallas, TX 75266-0252

Ambit Energy
P.O. Box 660462
Dallas, TX 75266

Texas National Bank
P.O. Box 777
Mercedes, TX 78570

Edimis
P.O.Box 1567
Collierville, TN 38027

Texas National Bank
P.O. Box 777
Mercedes, Texas 78570

IRS
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778-0001

Moore Medical LLC
1690 New Britain Ave
P.O. Box 4066
Farmington, CT 06032

Time Warner Cable
P.O.Box 460849
San Antonio, TX 78246

Neveria Los Barilles
1626 E Griffin Pkwy Ste A
Mission, TX

Top Frog Diesel-N-Gas
204 East Veterans Memorial Blvd
Harker Heights, TX 76548

Pulmonair
5563 DeZavala Road, Ste 130
San Antonio, TX 78249

Webmedic Pro
11 State St.
Woburn, MA 01801

RGV Sanitation Control
Edinburg, TX 78540

RYANLAW
100 Congress Ave. Suite 950
Austin, TX 78701

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

In re: **Skyline EMS Inc.**

CASE NO  **16-70551**

CHAPTER  **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | |
|---|---|
| 1. Gross Income for 12 Months Prior to Filing: | **$2,085,365.22** |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | |
|---|---|
| 2. Gross Monthly Income: | **$135,000.00** |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor): | **$50,000.00** |
| 4. Payroll Taxes: | **$20,000.00** |
| 5. Unemployment Taxes: | **$6,500.00** |
| 6. Worker's Compensation: | **$0.00** |
| 7. Other Taxes: | **$0.00** |
| 8. Inventory Purchases (including raw materials): | **$1,500.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$2,000.00** |
| 11. Utilities: | **$2,000.00** |
| 12. Office Expenses and Supplies: | **$1,500.00** |
| 13. Repairs and Maintenance: | **$5,106.00** |
| 14. Vehicle Expenses: | **$8,000.00** |
| 15. Travel and Entertainment: | **$300.00** |
| 16. Equipment Rental and Leases: | **$2,000.00** |
| 17. Legal/Accounting/Other Professional Fees: | **$1,500.00** |
| 18. Insurance: | **$4,000.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$0.00** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | **None** |
| 21. Other (Specify): | **None** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$104,406.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | |
|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2): | **$30,594.00** |