

ENTERED
02/22/2017

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-70551-M-11 |
| | § | |
| SKYLINE EMS, INC., | § | |
|     DEBTOR | § | |
| | § | (Chapter 11) |

ORDER ON MOTION FOR ORDER AUTHORIZING
PAYMENT OF PRE-PETITION TAXES

BEFORE the Court is Debtor's Motion For Order Authorizing Payment of Pre-Petition Taxes. Having noted that this matter was properly noticed under the rules of this Court and after reviewing the pleadings and hearing the arguments of counsel at the Hearing, if any, the Court:

[ x ]   Approves this Motion in its entirety and grant all the relief requested herein and grant the Debtor such further relief as it deems just and proper.

[ ]   Denies this Motion

Signed:  February 22, 2017

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge